IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:19MJ204 |
| vs. | ORDER FOR DISMISSAL |
| JAMES THOMAS, | |
| Defendant. | |

Pursuant to Motion of the United States (Filing No. 17), pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the Criminal Complaint against James Thomas.

IT IS ORDERED that the Motion to Dismiss the Criminal Complaint (Filing No. 17) is granted.

Dated this 23rd day of May, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge